UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMILTON SOUTHWORTH, on behalf of himself and all others similarly situated,<br><br>              Plaintiffs,<br>v.<br><br>SPRINT NEXTEL CORPORATION, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>              Defendants. | Case No. 06cv1301-LAB (BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO SUBMIT JOINT MOTION FOR DISMISSAL** |

A Mandatory Settlement Conference was held on February 5, 2007 at 9:30 a.m. The case settled and the terms of the settlement were placed on the record (Tape No. 1:0-178).

A joint motion for dismissal of this case, signed by counsel of record and all parties, must be submitted **directly to the Chambers of Magistrate Judge Major** no later than **March 8, 2007**. If the signed joint motion for dismissal is timely submitted, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not submitted to Judge Major's Chambers by **March 8, 2007**, then all counsel of record

and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **March 13, 2007** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to submit the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

Dated: February 5, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE LARRY ALAN BURNS
U.S. DISTRICT JUDGE

ALL COUNSEL